AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

SECURITIES AND EXCHANGE COMMISSION
        Plaintiff,

   -against-

COHMAD SECURITIES CORPORATION,
MAURICE J. COHN, MARCIA B. COHN
ROBERT M. JAFFE
        Defendants

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| Date | Signature |
|---|---|
| | Print Name     Bar Number |
| | Address |
| | City     State     Zip Code |
| | Phone Number     Fax Number |

email: demosg@sec.gov