UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
SECURITIES AND EXCHANGE COMMISSION,                                 :   No. 09 Civ. 5680 (LLS)
                                                                    :
                            Plaintiff,                           :   ECF Case
                                                                    :
     - against -                                                     :
                                                                    :
COHMAD SECURITUIES CORPORATION,                                     :
MAURICE J. COHN, MARCIA B. COHN, and                                :
ROBERT M. JAFFE,                                                    :
                                                                    :
                            Defendants.                          :
                                                                    :
------------------------------------------------------------------- x

**DECLARATION OF STEVEN PARADISE IN SUPPORT OF
MOTION TO DISMISS OF DEFENDANTS COHMAD SECURITIES
<u>CORPORATION, MAURICE J. COHN AND MARCIA B. COHN</u>**

STEVEN PARADISE declares, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Vinson & Elkins LLP, attorneys for Defendants Cohmad Securities Corporation ("Cohmad"), Maurice J. Cohn, and Marcia B. Cohn (collectively the Cohns and Cohmad are defined herein as the "Cohmad Defendants"), and make this declaration in support of the Cohmad Defendants' Motion to Dismiss the Complaint in part. The purpose of this declaration is to place before the Court certain documents concerning said motion, the significance of which is explained in the accompanying memorandum of law.

2. Attached hereto as Exhibit A is a true and correct copy of the FINRA BrokerCheck Report for Maurice J. Cohn, dated August 17, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of the FINRA BrokerCheck Report for Cohmad Securities Corporation ("Cohmad"), dated August 17, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of the FINRA BrokerCheck Report for Marcia B. Cohn, dated August 17, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of Cohmad's Financial Statements and Supplementary Information for the year ended June 30, 2007, filed by Cohmad with the Securities and Exchange Commission ("SEC") pursuant to Rule 17a-5 of the Securities and Exchange Act of 1934.

6. Attached hereto as Exhibit E is a true and correct copy of an article titled "Congress Demands SEC Speed Madoff Inquiry to Improve Oversight," by Jesse Westbrook and David Sheer, published in *Bloomberg.com*, dated January 5, 2009.

7. Attached hereto as Exhibit F is a true and correct copy of an article titled "Rebuilding Wall Street: Wall Street Rivals Become Allies," by Jeff D. Opdyke and Charles Gasparino, published in *The Wall Street Journal*, dated September 24, 2001.

8. Attached hereto as Exhibit G is a true and correct copy of an article titled "Powerhouses Change Tune on Overhaul," by Michael Schroeder, published in *The Wall Street Journal*, dated June 2, 2000.

9. Attached hereto as Exhibit H is a true and correct copy of an article titled "Investing; Diary; A Disclosure Plan For Share Orders," published in *The New York Times*, dated July 23, 2000.

10. Attached hereto as Exhibit I is a true and correct copy of an article titled "Madoff Tops Charts; Skeptics Ask How," by Michael Ocrant, published in *Mar/Hedge*, dated May 2001.

11. Attached hereto as Exhibit J is a true and correct copy of a list of customers of Bernard L. Madoff Investment Securities LLC ("BMIS"), prepared by Irving H. Picard as Trustee for the liquidation of BMIS, and filed with the Bankruptcy Court in the BMIS liquidation proceeding on February 4, 2009.

12. Attached hereto as Exhibit K is a true and correct copy of the criminal Information filed on July 17, 2009 in the case *U.S. v. Friehling*, 09 Cr. 700 (AKH), United States District Court for the Southern District of New York.

13. Attached hereto as Exhibit L is a true and correct copy of a transcript of the August 11, 2009 allocution of Frank DiPascali in the case *U.S. v. DiPascali*, 09 Cr. 764 (RJS), United States District Court for the Southern District of New York.

14. Attached hereto as Exhibit M is a true and correct copy of the criminal Information filed on August 11, 2009 in the case *U.S. v. DiPascali*, 09 Cr. 764 (RJS), United States District Court for the Southern District of New York.

15. Attached hereto as Exhibit N is a true and correct copy of the complaint filed on August 11, 2009 in the case *SEC v. DiPascali*, 09 CV 7085 (LLS), United States District Court for the Southern District of New York.

16. Attached hereto as Exhibit O is a true and correct copy of an article titled "SEC's Gaping Blind Spots Kept Madoff's Misdeeds Out of Sight," by Steven Pearlstein, published in *The Washington Post*, dated July 1, 2009.

17. Attached hereto as Exhibit P is a true and correct copy of an article titled "Don't Ask, Don't Tell: Bernie Madoff Is So Secretive, He Even Asks His Investors To Keep Mum," by Erin E. Arvedlund, published in *Barron's*, dated May 7, 2001.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 21, 2009

_____
Steven Paradise